UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Pensacola_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Frank R Smith,
Inmate # 151690.
(Enter full name of Plaintiff)

vs.

CASE NO: 3:03cv405/RV/MCR
(To be assigned by Clerk)

Escambia County Sheriffs Dept.
Escambia County Public Defender,
Ron McNesby Sheriff,
State of Florida,
Tom McGuire Esq. Public Defender.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

I.  **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Frank R Smith
Inmate Number: 151690
Prison or Jail: Escambia County Jail
Mailing address: CBD 3N19
P.O. Box 17789
Pensacola, Fl 32522

II.  **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Ron McNesby
    Official position: Sheriff
    Employed at: Escambia County Sheriff's Dept.
    Mailing address: P.O. Box 17789 – 1700 W Leonard St.
    Pensacola FL 32522

(2) Defendant's name: Jack Behr
    Official position: Public Defender (chief)
    Employed at: State of Florida
    Mailing address: M.C. Blanchard Bldg
    P.O. Box 12666 Pensacola, FL 32574

(3) Defendant's name: Jeb Bush
    Official position: Governor
    Employed at: State of Florida
    Mailing address: State Capital
    State of Florida
    Tallahassee, FL 32399

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

Thomas McGuire
MC Blanchard Bldg
P.O Box 12666
Pensacola, FL 32574

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

   Yes(X)   No( )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

1. **Informal Grievance**

   a. Did you submit an informal grievance?

      Yes( )   No(X)

      ❖ If so, you must attach a copy of the grievance and response; exhibit ___.

   b. If not, why? _Will Not be given A formal Grievance form._

2. **Formal Grievance**

   a. Did you submit a formal grievance?

      Yes( )   No(X)

      ❖ If so, you must attach a copy of the grievance and response; exhibit ___.

   b. If not, why? _Not Able to obtain one_

3. **Appeal to the Office of the Secretary**

   a. Did you submit an appeal to the Office of the Secretary?

      Yes( )   No(X)

      ❖ If so, you must attach a copy of the appeal and response; exhibit ___.

   b. If not, why? _Not Able to obtain Any forms from this Dept._

3

4.    **Disciplinary Actions**

a.   Did you have a disciplinary hearing concerning this matter?

   Yes( )                              No(X)

   ❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

b.   Did you lose gaintime as a result of the disciplinary hearing?

   Yes( )                              No(X)

c.   Has the gaintime since been restored?

   Yes( )                              No(X)

B.   **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes(X)                              No( )

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1.   Is there a grievance procedure at your institution or jail?

   Yes(X)                              No( )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

2.   Did you submit a grievance concerning the facts relating to your complaint?

   Yes( )                              No(X)

3.   If your answer is YES:

   a. What steps did you take? _____

   b. What were the results? _____

   ❖ If so, you must attach a copy of the grievance and response; exhibit ___.

4.   If your answer is NO, explain why not: Can Not obtain a formal form from the jail.

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**IV.   PREVIOUS LAWSUITS**

    A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

        Yes( )        No(X)

        1. Parties to previous action:
          a.  Plaintiff(s): _____
          b.  Defendant(s): _____
        2. County and judicial circuit: _____
        3. Name of judge: _____
        4. Approximate filing date: _____
        5. If not still pending, date of dismissal: _____
        6. Reason for dismissal: _____
        7. Facts and claims of case: _____
        _____

        **(Attach additional pages as necessary to list state court cases.)**

    B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

        Yes( )        No(X)

        1. Parties to previous action:
          a.  Plaintiff(s): _____
          b.  Defendant(s): _____
        2. District and judicial division: _____
        3. Name of judge: _____
        4. Approximate filing date: _____
        5. If not still pending, date of dismissal: _____
        6. Reason for dismissal: _____
        7. Facts and claims of case: _____
        _____

        **(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

1). I and several Inmates have requested formal Grievance forms while incarcerated. And have not been given any at all.

2). Not allowed access to a Law Library - and wait up to 2 weeks for a response when something is needed from there.

3). The jail is operating above the legal Inmate count. Over crowding.

4). Not able to recieve Indigent Soap or Razors for up to 2 to 3 weeks sometimes.

5). Phone system is inadequate. Constantly getting "All Circuits are busy".

6). Have written my public and he will not acknowledge my request in regards to my defense. He spent less than 10 minutes with me in almost 100 days.

7). All Public Defenders seem to want to "Plea bargin" cases out and not defend you.

8). My car was taken on April 6 15-03 and was not allowed to file a police report while in jail.

7

**VI.   STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Due Process
Obstruction of Justice
Cruel and Unusual Punishment.
Freedom of Speech

**VII.   RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

The Right to be able to proceed under a Civil Class Action Lawsuit. I am seeking a monetary judgement of $75 million Dollars. On behalf of Escambia County Former and Current Inmates.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

September 8, 2003
(Date)

_____
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 5th day of September, 2003.

_____
(Signature of Plaintiff)

Revised 07/02

8